| | |
|---|---|
| 1 | BRAD D. BRIAN (CA Bar No. 079001) |
|   | Brad.Brian@mto.com |
| 2 | BRUCE A. ABBOTT (CA Bar No. 159639) |
|   | Bruce.Abbott@mto.com |
| 3 | HAILYN J. CHEN (CA Bar No. 237436) |
|   | Hailyn.Chen@mto.com |
| 4 | PETER C. RENN (CA Bar No. 247633) |
|   | Peter.Renn@mto.com |
| 5 | MUNGER, TOLLES & OLSON LLP |
|   | 355 South Grand Avenue, Thirty-Fifth Floor |
| 6 | Los Angeles, CA  90071-1560 |
|   | Telephone:  (213) 683-9100 |
| 7 | Facsimile:   (213) 687-3702 |
| 8 | Attorneys for Defendant KB HOME |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DEBORAH ANN HAASE, SABINO BRITO, and ERIK and TRACY LUNDQUIST, on behalf of themselves and all others similarly situated, | CASE NO. CV 09-4339 ODW (FMOx) |
| Plaintiffs, | **NOTICE AND STIPULATION FOR VOLUNTARY DISMISSAL** |
| vs. | |
| KB HOME, a Delaware corporation; COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation, COUNTRYWIDE HOME LOANS, INC., a New York corporation; COUNTRYWIDE MORTGAGE VENTURES, LLC, a Delaware company; COUNTRYWIDE-KB HOME LOANS, an unincorporated association of unknown form; LANDSAFE, INC., a Delaware Corporation; LANDSAFE APPRAISAL SERVICES, INC., a California corporation; and DOES 1 through 10, | |
| Defendants. | |

10657072.1   - 1 -   NOTICE AND STIPULATION FOR VOLUNTARY DISMISSAL

Plaintiffs and Defendants hereby notify this Court that the parties have settled this action and stipulate to dismiss this action, with prejudice, each side to bear its own fees and costs, pursuant to Federal Rule of Civil Procedure 41(a).

| | |
|---|---|
| DATED: May 10, 2010 | MUNGER, TOLLES & OLSON LLP |
| | By:  /s/ Peter C. Renn |
| |      Peter C. Renn |
| | Attorney for Defendant KB HOME |
| DATED: May 10, 2010 | BRYAN CAVE LLP |
| | By:  /s/ Brian Recor (with permission) |
| |      Brian Recor |
| | Attorney for Defendants COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC; COUNTRYWIDE MORTGAGE VENTURES, LLC; COUNTRYWIDE KB HOME LOANS; LANDSAFE, INC; and LANDSAFE APPRAISAL SERVICES, INC. |
| DATED: May 10, 2010 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By:  /s/ Thomas Loeser (with permission) |
| |      Thomas E. Loeser |
| | Attorney for Plaintiffs DEBORAH ANN HAASE, SABINO BRITO, and ERIK and TRACY LUNDQUIST |

NOTICE AND STIPULATION FOR VOLUNTARY DISMISSAL

10657072.1